IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONRAY CARROLL,
ADC #110901                                                                                    PLAINTIFF

v.                                              4:11CV00336-BRW

DAWN BAKER                                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE